UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| MEGAN GAZAWAY, | ) | |
|---|---|---|
| *Plaintiff*, | ) ) ) | Case No. 1:21-cv-44 |
| v. | ) ) | Judge Curtis L. Collier |
| RIMS USA LLC d/b/a RNR TIRE EXPRESS, | ) ) | Magistrate Judge Christopher H. Steger |
| *Defendant*. | ) | |

## O R D E R

Before the Court is Defendant Rims USA, LLC d/b/a RNR Tire Express's motion for summary judgment. (Doc. 21.) Plaintiff Megan Gazaway has filed a response in opposition (Doc. 25), and Defendant has replied (Doc. 38).

For the reasons set forth in the accompanying memorandum, the Court **DENIES** Defendant's motion for summary judgment (Doc. 21).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**